Roger M. Schrimp, SBN 039379
Angela Schrimp de la Vergne, SBN 166521
Brandy L. Barnes, SBN 299080
DAMRELL, NELSON, SCHRIMP,
  PALLIOS, PACHER & SILVA
1601 I Street, Fifth Floor
Modesto, CA 95354
Telephone:  (209) 526-3500
Facsimile:   (209) 526-3534
Email: rschrimp@damrell.com
       aschrimp@damrell.com
       bbarnes@damrell.com

Attorneys for Defendant
JACKSON AVENUE ASSOCIATES PARTNERSHIP

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| CYNTHIA HOPSON<br><br>                    Plaintiff,<br><br>     vs.<br><br>THRIFTY PAYLESS, INC., dba RITE AID PHARMACY, JACKSON AVENUE ASSOCIATES PARTNERSHIP, and DOES 1-10, inclusive<br><br>                    Defendants. | Case No.  2:14-cv-01918-MCE-CKD<br><br>**[PROPOSED]** ORDER CONTINUING SETTLEMENT CONFERENCE |

The Court, having considered the Joint Stipulation to continue the Settlement Conference scheduled for February 11, 2016, at 9:00 a.m. (the "Stipulation") entered into by Plaintiff Cynthia Hopson and Defendant Jackson Avenue Associates Partnership, by and through their respective counsel, and good cause appearing therefor, hereby orders as follows:

   1.    The Stipulation is approved.

2.  The Settlement Conference scheduled for February 11, 2016, at 9:00 a.m. in Courtroom #26, before Magistrate Judge Allison Claire, is vacated.

3.  The Settlement Conference is rescheduled for March 17, 2016 at 9:00 a.m. in Courtroom # 26, before Magistrate Judge Allison Claire.

4.  The parties shall submit their confidential settlement conference statements to the Court using the following email address acorders@caed.uscourts.gov at least 7 days prior to the Settlement Conference.  If a party desires to share additional confidential information with the Court, they may do so pursuant to the provisions of Local Rule 270(d) and (e).

**IT IS SO ORDERED.**

Dated: February 10, 2016.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE