DANIEL MALAKAUSKAS, SBN 265903
P.O. Box 7006
Stockton, CA 95267
Telephone: (866)790-2242
Facsimile: (888)802-2440
Email: daniel@malakauskas.com

Attorney for PLAINTIFF

ANGELA SCHRIMP DE LA VERGNE, SBN 166521
BRANDY BARNES, SBN 299080
DAMRELL, NELSON, SCHRIMP, PALLIOS, PACHER & SILVA
1601 I Street, 5th Floor
Modesto, CA 95354
Telephone (209) 526-3500
Facsimile: (209) 526-3534
Email: aschrimp@damrell.com
       bbarnes@damrell.com

Attorneys for DEFENDANT
JACKSON AVENUE ASSOCIATES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>           PLAINTIFF,<br><br>     v.<br><br>THRIFTY PAYLESS INC., dba RITE AID PHARMACY, JACKSON AVENUE ASSOCIATES PARTNERSHIP, and DOES 1-10, inclusive,<br><br>           DEFENDANTS. | Case No.: 2:14-cv-1918-MCE-CKD<br><br>**STIPULATED DISMISSAL WITH PREJUDICE**<br><br>[Fed. R. Civ. P. 41] |

STIPULATED DISMISSAL WITH PREJUDICE

1

**IT IS HEREBY STIPULATED** by and between the parties in this action through their designated counsel, that this action be and is hereby dismissed in its entirety, **WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1). The parties shall bear their own costs and attorney fees in connection with the lawsuit and the negotiation and preparation of any agreement entered into by such parties.

Date: April 11th, 2016         /s/Daniel Malakauskas
                               By: Daniel Malakauskas,
                               Attorney for Plaintiff,
                               Cynthia Hopson

Dated: April 11th, 2016        /s/ Brandy L. Barnes
                               By: Brandy L. Barnes, of
                               Damrell, Nelson, Schrimp, Pallios,
                               Pacher & Silva,
                               Attorneys for Defendant,
                               Jackson Avenue Associates

### ORDER

In accordance with the foregoing stipulation of the parties and good cause appearing, the above-entitled action be and hereby is dismissed in its entirety **WITH PREJUDICE**, pursuant to Federal Rule of Civil Procedure 41. The parties shall bear their own costs and attorney fees in connection with the lawsuit. The matter having now been resolved, the Clerk of Court is directed to close the file.

**IT IS SO ORDERED**.

Dated: April 13, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT